SAM GARFINKEL, Respondent, v. ABRAHAM REISMAN, Appellant, and Others, Defendants.— Order of the County Court of Nassau county denying motion of defendant Abraham Reisman to open his default affirmed, with ten dollars costs

and disbursements. No opinion, Lazansky. P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.